1 BENJAMIN B. WAGNER
United States Attorney
2 CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

FEB 1 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5

6

7 Attorneys for Plaintiff
United States of America

**SEALED**

8

9               IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11   **2:16 - SW - 0 0 8 3    AC**

12 IN THE MATTER OF THE APPLICATION       CASE NO.
OF THE UNITED STATES OF AMERICA
13 FOR A WARRANT AUTHORIZING THE          SEALING ORDER
INSTALLATION AND MONITORING OF A
14 TRACKING DEVICE IN OR ON A             **UNDER SEAL**
Blue Chevrolet Equinox, WITH LICENSE
15 PLATE 6AXA691, VIN #
2CNDL73F366102860

16

17

18                     **S E A L I N G   O R D E R**

19       Upon Application of the United States of America and good cause having been shown,

20       IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

21

22

23 Dated:    2/18/16                        _____
                                           Hon. Allison Claire
24                                         U.S. MAGISTRATE JUDGE

25

26

27

28