1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED
AUG 1 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A BLUE CHEVROLET EQUINOX, WITH LICENSE PLATE 6AXA691, VIN # 2CNDL73F366102860 | CASE NO. 2:16-SW-0083 AC<br><br>[PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |

  Upon application of the United States of America and good cause having been shown,

  IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are unsealed.

DATED: 8-18-216

_____
Hon. Edmund F. Brennan
United States Magistrate Judge